No. 04–648.  RHINEHART v. UTAH.  1st Jud. Dist. Ct., Cache County, Utah.  Certiorari denied.

No. 04–653.  CULWELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–654.  McDONALD, EXECUTRIX OF THE ESTATE OF ROGER v. UNITED STATES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–656.  JUN ZHANG v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir.  Certiorari denied.

No. 04–662.  ZAMACONA-ESCALERA v. ASHCROFT, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 04–664.  LOOP CORP. ET AL. v. UNITED STATES TRUSTEE. C. A. 8th Cir.  Certiorari denied.

No. 04–669.  NICHOLS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–671.  VANGUILDER v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 04–673.  MOODY NATIONAL BANK OF GALVESTON v. GE LIFE & ANNUITY ASSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 04–678.  GOODMAN v. BOWDOIN COLLEGE.  C. A. 1st Cir. Certiorari denied.

No. 04–680.  JACKSON ET AL. v. RAY ET AL.  C. A. 11th Cir. Certiorari denied.

No. 04–683.  BARBEE ET AL. v. COLONIAL HEALTHCARE CENTER, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–685.  TRAFICANT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–700.  TRAUM v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 04–706.  ANCONA v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.